1406-14

# ELECTRONIC RECORD

COA # 05-14-01020-CR      OFFENSE: 31.07

STYLE: Jose Ramiro Delarosa v. The State of Texas      COUNTY: Dallas

COA DISPOSITION: DISMISSED      TRIAL COURT: 283rd Judicial District Court

DATE: 10/2/2014      Publish: NO      TC CASE #: F-1452888-T

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jose Ramiro Delarosa v. The State of Texas      CCA #: 1406-14

State's Petition      CCA Disposition: DISMISS IMPROV

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: 4-29-15

GRANTED      JUDGE: RICHARDSON

DATE: JANUARY 28, 2015      SIGNED: _____      PC: _____

JUDGE: Per Curiam      PUBLISH: _____      DNP: ✓

No Argument Permitted

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD